In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00157-CR
_____

**CHRISTIAN POINDEXTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 26717**

**MEMORANDUM OPINION**

A grand jury indicted appellant Christian Poindexter for the offense of indecency with a child by contact, a second-degree felony. *See* Tex. Penal Code Ann. § 21.11(a)(1), (d). Pursuant to a plea bargain agreement, Poindexter pleaded guilty to the lesser included offense of indecency with a child by exposure, a third-degree felony. *See id.* § 21.11(a)(2), (d). The trial court found the evidence sufficient to find

Poindexter guilty of the lesser included offense of indecency with a child by exposure, but deferred adjudication, placed Poindexter on community supervision for ten years, and assessed a $500 fine. Subsequently, the State filed a Motion to Revoke Unadjudicated Community Supervision. Poindexter pleaded "true" to violating four terms of the community supervision order. After conducting a sentencing hearing, the trial court found that Poindexter violated the terms of his community supervision, revoked Poindexter's community supervision, found Poindexter guilty of the lesser included offense of indecency with a child by exposure, and imposed a sentence of ten years of confinement.

Poindexter's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). On August 9, 2023, we granted an extension of time for Poindexter to file a *pro se* brief. We received no response from Poindexter.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order

2

appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

W. SCOTT GOLEMON
Chief Justice

Submitted on November 14, 2023
Opinion Delivered November 29, 2023
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

---

[1]Poindexter may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.